# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0122
Lower Tribunal No. 18-27423-CA-01
_____

**Hernando Lopez, et al.,**
Appellants,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Law Office of Chad A. Barr, P.A., and Chad A. Barr (Altamonte Springs), for appellants.

Cole, Scott & Kissane, P.A., and Brandon J. Tyler, Mark D. Tinker and David C. Borucke (Tampa), for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.